JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

MATTHEW L. McCARTHY (CABN 217871)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California  94102
   Telephone:  (415) 436-6488
   Fax:  (415) 436-6838
   Email: Matthew.McCarthy@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 09-0523 WHA |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] |
| v. | ) | ORDER EXCLUDING TIME FROM JUNE |
| | ) | 16, 2009 THROUGH JUNE 23, 2009 |
| VIRGINIA ROBERSON, | ) | |
|    a/k/a Virgina Moody, | ) | |
| and | ) | |
| | ) | |
| ANTOINETTE COWDEN, | ) | |
| | ) | |
| Defendants. | ) | |

    On June 16, 2009, the parties in this case appeared before the Court.  At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculations from June 16, 2009 through June 23, 2009 for effective preparation of defense counsel.  The parties represented that the continuance was the reasonable time necessary for effective preparation and continuity of defense counsel, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).

STIP. AND [PROPOSED] ORDER EXCLUDING TIME
CR 09-0523 WHA

1 | Specifically, the parties agreed that the government needed to provide additional discovery to counsel for Ms. Roberson, and that her counsel needed time to review that discovery.

The parties and the Court agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

## SPEEDY TRIAL ACT IMPLICATIONS

Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are sixty-three days remaining before the trial in this case must commence. Taking the stipulated time exclusion from June 16 through June 23, 2009 into account, the "speedy trial" date for this matter is August 25, 2009.

SO STIPULATED:

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

DATED: 7-6-09                        _____/s/_____
                                          MATTHEW L. McCARTHY
                                          Assistant United States Attorney

DATED: 7-6-09                        _____/s/_____
                                            JUDD IVERSEN
                                          Attorney for Virginia Roberson

DATED: 7-6-09                        _____/s/_____
                                            JOHN HEMANN
                                          Attorney for Antoinette Cowden

## ORDER

As the Court found on June 16, 2009, and for the reasons stated above, the Court finds that an exclusion of time between June 16, 2009 through June 23, 2009 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance

STIP. AND [PROPOSED] ORDER EXCLUDING TIME
CR 09-0523 WHA                              2

1  would deny defense counsel the reasonable time necessary for effective preparation, taking into
2  account the exercise of due diligence, and would result in a miscarriage of justice.
3  See 18 U.S.C. §3161(h)(8)(B)(iv). Taking the stipulated time exclusion from June 16 through
4  June 23, 2009 into account, the "speedy trial" date for this matter is August 25, 2009.

6  SO ORDERED.

8  DATED: July 7, 2009
9                                                    _____
                                                     THE HONORABLE WILLIAM ALSUP
10                                                   United States District Court Judge

IT IS SO ORDERED
Judge William Alsup

STIP. AND [PROPOSED] ORDER EXCLUDING TIME
CR 09-0523 WHA                              3