IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>VIRGINIA ROBERSON,<br><br>    Defendant.<br>                                     / | No. CR 09-0523 WHA<br><br>**ORDER SETTING<br>TRIAL SCHEDULE** |

Pursuant to the parties' stipulation, the following schedule is hereby set in this action:

Dispositive motions by defendant shall be filed on or before **NOON ON MARCH 9, 2010.** Responses from the United States shall be due on or before **NOON ON MARCH 30, 2010**, and replies shall be due on or before **NOON ON APRIL 6, 2010.** A hearing on the motions shall be held on **APRIL 13, 2010, AT 2:00 P.M.**

A final pretrial conference shall be held on **MAY 3, 2010, AT 2:00 P.M.** The trial shall begin on **MAY 17, 2010, AT 7:30 A.M.**

**IT IS SO ORDERED.**

Dated: January 20, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE