IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>VIRGINIA ROBERSON,<br><br>    Defendant.<br>                                 / | No. CR 09-00523 WHA<br><br>**ORDER APPROVING STIPULATED PROTECTIVE ORDER SUBJECT TO STATED CONDITIONS** |

The stipulated protective order submitted by third party San Francisco District Attorney (Dkt. No. 72) is hereby **APPROVED**, subject to the following conditions and modifications. *First,* any confidential materials used openly in court hearings or trial will not be treated in any special manner absent further order. *Second*, the Court will retain jurisdiction over disputes arising from the proposed and stipulated protective order for only **NINETY DAYS** after final termination of the action. *Third*, although chambers copies should clearly designate which portions are confidential, chambers copies with confidential materials will be handled like all other chambers copies of materials without special restriction, and will typically be recycled, not shredded.

**IT IS SO ORDERED.**

Dated: January 26, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE