IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

VIRGINIA ROBERSON,

    Defendant.

No. CR 09-0523 WHA

**ORDER DENYING DEFENDANT ROBERSON'S MOTION TO SEAL**

Defendant Virginia Roberson has filed a motion to file under seal her opposition to third party San Francisco Police Department's motion to quash defendant's subpoena. For lack of good cause shown, her motion to seal is **DENIED**. Although the materials leading up to the subpoena were filed under seal, the opposition to the motion to quash does not contain confidential work product or case theory that would justify its sealing.

**IT IS SO ORDERED.**

Dated: January 26, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE