**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

VIRGINIA ROBERSON,

    Defendant.
                                           /

No. CR 09-0523 WHA

**ORDER RE SFPD'S MOTION TO QUASH SUBPOENA**

A hearing on the San Francisco Police Department's motion to quash a subpoena by defendant Virginia Roberson was held on January 26, 2010. The San Francisco police department is ordered to search its files for any documents that could potentially support a claim of vindictive prosecution by defendant Roberson. By **NOON ON FEBRUARY 9, 2010**, the San Francisco police department shall submit all such documents to the Court for *in camera* review, or alternatively shall submit a sworn declaration that no such documents exist.

    **IT IS SO ORDERED.**

Dated: January 27, 2010.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE