IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VIRGINIA ROBERSON,

    Defendant.

                                      /

No. CR 09-0523 WHA

**ORDER SETTING TRIAL SCHEDULE**

Pursuant to the parties' stipulation, the following schedule is hereby set in this action:

Further motions by defendant shall be filed on or before **NOON ON MARCH 9, 2010.** Responses from the United States shall be due on or before **NOON ON MARCH 30, 2010**, and replies shall be due on or before **NOON ON APRIL 6, 2010.** A hearing on the motions shall be held on **APRIL 13, 2010, AT 2:00 P.M.**

A final pretrial conference shall be held on **MAY 3, 2010, AT 2:00 P.M.** The trial shall begin on **MAY 17, 2010, AT 7:30 A.M.**

**IT IS SO ORDERED.**

Dated: January 20, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE