IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

VIRGINIA ROBERSON,

    Defendant.

No. CR 09-0523 WHA

**NOTICE RE LETTER FROM DEFENDANT ROBERSON**

The Court is in receipt of the attached letter from defendant Roberson and requests the guidance of counsel regarding how to respond to her request. Both sides should respond no later than **NOON ON JUNE 30, 2010.**

**IT IS SO ORDERED.**

Dated: June 24, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE