1  LAW OFFICES OF JENNIFER SCHWARTZ
   JENNIFER SCHWARTZ (SBN 135932)
2  1299 Fourth Street, Suite 307
   San Rafael, California 94901
3  Telephone:    (415) 460-2888
   Facsimile:    (415) 460-2730
4

5  Attorney for Defendant
   VIRGINIA ROBERSON
6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,        )  Case No.: CR-09-0523 WHA
                                     )
13            Plaintiff,             )  STIPULATION AND ~~[PROPOSED]~~
                                     )  ORDER REGARDING RELEASE
14       vs.                         )
                                     )  Surrender date: July 31, 2010
15  VIRGINIA ROBERSON,               )
                                     )
16            Defendant              )
                                     )
17                                   )
                                     )
18  _____)

19

20        The defendant was sentenced in this matter on July 7, 2010. During the sentencing

21  hearing, the Court indicated its willingness to allow defendant to be released from custody to a

22  Halfway House as soon as possible in order to seek treatment for medical issues and attend a

23  July 18, 2010 appointment at the surgical clinic at Highland Hospital in Oakland.

24        Ms. Roberson wishes to avail herself the Court's offer. The parties, the Court and Pre-

25  Trial Services agree that Ms. Roberson may be permitted to reside at a Halfway House until July

    31, 2010 the date upon which she is required to self-surrender and go back into custody.
26
          The parties therefore jointly stipulate that Ms. Roberson be immediately released on the
27
    same conditions of release as previously set for her prior release from custody:
28

             STIPULATION AND ~~[PROPOSED]~~ ORDER RE RELEASE FROM CUSTODY

- Defendant shall appear at all proceedings as ordered by the Court and shall surrender for service of her sentence.
- Defendant shall not commit any federal, state, or local crime.
- Defendant shall not harass, threaten, intimidate, injure, tamper with, or retaliate against any witness, victim, informant, juror or officer of the Court, or obstruct any criminal investigation.
- Defendant shall not travel outside the Northern District of California.
- Defendant shall report immediately upon release and thereafter as directed to Pretrial Services in San Francisco.
- Defendant shall surrender all passports and visas to the Court and shall not apply for any passports or other travel documents.
- Defendant shall participate in mental health counseling and submit to drug and alcohol testing as directed by Pretrial Services.
- Defendant shall not use alcohol to excess and shall not use or possess any narcotics or other controlled substance without a legal prescription.
- Defendant shall have no contact with any co-defendant out of the presence of counsel.
- Defendant must reside at a Halfway House as directed by Pretrial Services.
- Defendant shall only leave the Halfway House for medical treatment (including mental health treatment), visits with her attorney, or for other reasons with prior approval of Pretrial Services.

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

/s/

Dated: 7/9/10

_____
MATTHEW L. MCCARTHY
DENISE MARIE BARTON
Assistant United States Attorney

Dated: 7/9/10

LAW OFFICES OF JENNIFER SCHWARTZ


_____/s/_____
JENNIFER SCHWARTZ
Attorney for Defendant
VIRGINIA ROBERSON


ORDER

    For the foregoing reasons, Defendant shall be released from custody pursuant to the terms set forth in the Stipulation Regarding Release.  Defendant shall self surrender on July 31, 2010.


SO ORDERED.


Dated: _____July 12, 2010._____

Honorable
United State

IT IS SO ORDERED

Judge William Alsup