IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

VIRGINIA ROBERSON,

    Defendant.

No. CR 09-0523 WHA

**ORDER REGARDING LETTER FROM DEFENDANT**

    The Court has received the appended letter from defendant. Defendant is referred to counsel for follow up. The Court has already accommodated Ms. Roberson considerably and will not make further orders absent a strong motion and one demonstrating that the Court still has jurisdiction to grant further relief.

    **IT IS SO ORDERED.**

Dated: August 22, 2010.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE

Aug. 15, 2010

Dear Honorable Judge William Allsup,

To begin Thankyou for your attention and understanding. I understand that you are aware of my health conditions and I appreciate your concern and assistance, however my situation is getting worse because I am not recieving proper medical attention. I'm being told by the nurse's here at Santa Rita County Jail that they will only discuss one issue at a time, which is a hardship because the medicine's they are giving me are conflicting with one another and my blood pressure continues to rise as a result. When you granted me the priviledge to be out to meet my medical needs, By the time I completed some of my appointment's, and also setting additional required appointments, as well as finally obtaining the specialist that I need, it was time for me to turn myself back in. Your Honor I'm writting because the designation period that I will sit here in Santa Rita county jail (only to go across the street, literally to FCI-Dublin) will take a minimum of 2-3 months. Sir, I've made significant progress with your help for

my medical concern's... But only to sit here and miss appointments and evaluation's that are necessary for me prior to surgery. My release date is Sept. 9, 2011 which is 13 months and 6 months of that being served in a halfway house. I did everything I could in that time frame that you allowed me to get appointment's at Highland Hospital for diagnosis, MRI's, Sonogram's on my throat and stomach, Bowel specimen blood work, biopsy on my thyroid and Hypertension, I was also finally able to get a primary care doctor, my medicare established, as well as social security assistance. However now that I'm sitting here, in these unhealthy conditions at Santa Rita it's impossible for me to accomplish the entire reason you allowed me to be out. The longer I sit here my medical need's are not being met and my health condition's continue to decline. Plus if I continue to miss appointments that I was fortunate enough to aquire, I'll have to start the process all over again. Your Honor please grant me the opportunity to get my medical ailments in order. I'm asking in faith that you will consider

overturning my sentence conditions to be placed at the Cornell halfway house located at 111 Taylor St in San Francisco, CA for the remainder of my sentence or for the allotted time it will take to undergo my surgeries and recovery period.

Thank You,

Virginia Roberson
UZP-259

# ALAMEDA COUNTY
# MEDICAL CENTER

Highland Campus • Fairmont Campus
John George Psychiatric Pavilion
Ambulatory Healthcare Services

July 26, 2010

To whom it may concern:

I saw Ms. Virginia Roberson for the first time today. She is experiencing several medical problems, including probable sleep apnea syndrome. I am starting an evaluation and arranging for the appropriate sleep studies and other tests to evaluate her problems. She has a return appointment in three weeks.

Sincerely,

Linda Engelstad

Linda Engelstad, MD
CA G41706
DEA #AE9358741

Highland Campus

1411 East 31st Street • Oakland, California 94602 • (510) 437-4800



# HEALTH CLINIC

Date: *July 16, 2010*

Dear Patient,

Thank you for choosing Glide Health Services as your medical home. We have changed the way we schedule patient physical exams at Glide.

**Two appointments** are required to complete your physical exam.

The **first** appointment is for medical history and any tests your provider may need to order.

The **second** appointment you will be examined.

***Your first appointment is on***: *Wednesday August 11, 2010 @ 11:00am*

You will need to have all of the below completed before you are seen for this appointment:
- ☒ Registration form
- ☐ PHQ-9 questionnaire (done on day of first appointment)
- ☒ Insurance (at least one of the following)
    - ☒ Healthy San Francisco (with Glide as the medical home)
    - ☐ Medicare Part A and Part B
    - ☐ Medi-cal or San Francisco Health Plan
- ☒ Medical records release signed

If you do not have all of the above completed before your appointment you **will not be seen** for this appointment.

***Your second appointment is on***: *Wednesday August 25, 2010 @ 2:10pm*

You will need to have all of the below completed before you are seen for this appointment:
- ☐ Lab work completed (if ordered)
- ☐ Or other tests

**(Please Turn Over)**




## GLIDE

330 ELLIS STREET, #418   •   SAN FRANCISCO, CALIFORNIA 94102   •   (415) 674-6140

**If you miss the first visit, the second visit will become the first visit in the process and another visit will be made.**

**If you miss both visits then you will not be able to make a physical exam appointment for at least 45 days.**

If you have any questions or would like to reschedule an appointment, please give us a call at 415-674-6140.

Sincerely,

Glide Health Services

7/8/10

Virginia Roberson
ULP-259 S-25 E/
5325 Brodek Blvd
Dublin CA 94568

OAKLAND CA 946
19 AUG 2010 PM 5

SEABIS

"JUDGE"
ATTN: William Alsup
450 Golden Gate St 19 FL.
SAN Francsico CA 94102